UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

STEVEN DAWAYNE WILLIS
*(Enter full name of plaintiff)*
Plaintiff,

v.

~~[redacted]~~ M. DEVANEY

MULTNOMAH COUNTY SHERIFFS OFFICE

MULTNOMAH COUNTY
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-00211-JR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**   Name: STEVEN DAWAYNE WILLIS
Street Address: 11540 NE INVERNESS DR
City, State & Zip Code: PORTLAND, OR 97220
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                                           1
[Rev. 01/2018]

Defendant No. 1    Name: ~~_____~~ M. DEVANEY (53568)

Street Address: 11540 NE INVERNESS DR.

City, State & Zip Code: PORTLAND, OR. 97220

Telephone No.: _____

Defendant No. 2    Name: MULTNOMAH COUNTY SHERIFFS OFFICE

Street Address: _____

City, State & Zip Code: PORTLAND, OR. 97214

Telephone No.: _____

Defendant No. 3    Name: MULTNOMAH COUNTY

Street Address: 501 SE HAWTHORNE SUITE 500

City, State & Zip Code: PORTLAND, OR. 97214

Telephone No.: _____

Defendant No. 4    Name: ~~DEPARTMENT OF PUBLIC SAFETY STANDARDS AND TRAINING~~

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

DUE PROCESS RIGHTS VIOLATIONS 14TH AM, 8TH, TITLE 18 §241, 242 CONSPIRACY TO COMMIT CONSTRUCTIVE UNLAWFUL IMPRISONMENT, NEGLIGENCE, DISCRIMINATION, HARASSMENT

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ON 1-6-22, MR DEVANEY WHO WORKS IN THE INVERNESS JAIL DISMISSED 8 SERVICE REQUEST FORMS\GRIEVANCES THAT ALL EXPRESSED EXTREME GRAVE CONCERNS & PLEAS FOR HELP DO TO MY SITUATION OF NOT BEING HELD LAWFULLY, FOR TOO LONG W/O AN AFFIDAVIT FOR CONT. DETENTION & VARIOUS OTHER STATE CONSTITUTIONAL VIOLATIONS & US-CONSTITUTIONAL VIOLATIONS\DUE PROCESS RIGHTS VIOLATIONS ON BEHALF OF THE SHERIFFS OFFICE. NO OTHER LETTERS OR KYTES HAVE BEEN RESPONDED TOO ON THE MATTER. ON ONE OF THE GRIEVANCES SPECIFICALLY SAID I WAS BEING HELD ON AN INDICTMENT WARRANT. I'M ONLY BEING HELD ON A SEPERATE\OTHER COUNTY HOLD. THE SHERIFFS OFFICE DOES NOT HAVE AN AFFIDAVIT FOR CONTINUED DETENTION ON FILE. I HAVE NO OTHER RECOURSE TO GET HELP PAST GRIEVANCES & KYTES.

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

Complaint for Violation of Civil Rights (Prisoner Complaint)   3
[Rev. 01/2018]

_____
_____
_____
_____
_____
_____
_____
_____

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____
_____
_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                                    4
[Rev. 01/2018]

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes     ☐ No

### V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I WANT THE DEFENDANTS TO PAY ALL LAWYERS FEES & PERCENTAGES & TAXES ON MONEY AWARDED.
I WANT HANDWRITTEN LETTER OF APOLLOGY.

I WANT $100 THOUSAND DOLLARS IN DAMAGES\COMPENSATION FOR INJURIE(S)/MENTAL ANGUISH/PAIN & SUFFERING FOR all CLAIM(S)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3 day of FEBRUARY, 20 22

(Signature of Plaintiff)